EDWIN C. BUTTS, *Respondent,* v. THE VILLAGE OF LOWVILLE, *Appellant.* — Declined to be heard for the reason that there is

no evidence in the appeal book that the case has been settled as required by the rules of court.